U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

FILED
DECEMBER 31, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

In the Matter of                                   Case Number
Todd Austin,
      Plaintiff,
      V.
City of Chicago Heights et al.,                    PH
      Defendants.

08 C 4

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Todd Austin, Plaintiff

JUDGE HOLDERMAN
MAGISTRATE JUDGE COX

| | |
|---|---|
| NAME (Type or print) <br> Amanda Antholt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Amanda Antholt | |
| FIRM <br> Loevy & Loevy | |
| STREET ADDRESS <br> 312 N. May St., Ste. 100 | |
| CITY/STATE/ZIP <br> Chicago, IL 60607 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00891578 | TELEPHONE NUMBER <br> 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |