# United States District Court for the Northern District of Illinois

Case Number: 08CV4    Assigned/Issued By: J. N.

Judge Name: HOLDERMAN    Designated Magistrate Judge: COX

## FEE INFORMATION

*Amount Due:* [✓] $350.00    [ ] $39.00    [ ] $5.00
[ ] IFP    [ ] No Fee    [ ] Other ____
[ ] $455.00

Number of Service Copies ____    Date: ____

(For Use by Fiscal Department Only)

Amount Paid: 350    Receipt #: 2430999

Date Payment Rec'd: 12-31-07    Fiscal Clerk: J. N.

## ISSUANCES

[✓] Summons    [ ] Alias Summons
[ ] Third Party Summons    [ ] Lis Pendens
[ ] Non Wage Garnishment Summons    [ ] Abstract of Judgment
[ ] Wage-Deduction Garnishment Summons    ____
[ ] Citation to Discover Assets    (Victim, Against and $ Amount)
[ ] Writ ____
   (Type of Writ)

2 Original and 0 copies on 1-2-08 as to CITY OF CHICAGO HEIGHTS
                              (Date)
; OFFICER MARTINEZ #136

C:\wpwin80\docket\feeinfo.frm    03/14/05