AO 440 (Rev 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

SUMMONS IN A CIVIL CASE

Todd Austin,

      Plaintiff,

V.

City of Chicago Heights, Chicago Heights Police Officer Martinez, Star # 136, and Unknown Chicago Heights Police Officers,

      Defendants

CASE NUMBER: 

ASSIGNED JUDGE:

DESIGNATED MAGISTRATE JUDGE:

**08 C 4**

**JUDGE HOLDERMAN**
**MAGISTRATE JUDGE COX**

TO: (Name and address of Defendant)

Chicago Heights Police Officer Martinez
Star # 136
Chicago Heights Police Department
1601 Halsted St.
Chicago Heights, IL 60411

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Loevy & Loevy
312 N. May St, Ste 100
Chicago, IL 60607

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

January 2, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/2/08 |
| NAME OF SERVER (PRINT) Anne Gottschalk | TITLE paralegal |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, return receipt requested, to: officer Martinez, star #1316, c/o Sgt. Cordes, Chicago Heights Police Dept, 1601 Halsted St, Chicago, IL 60411

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/2/08
*Date*

*Signature of Server*

312 N May St, Ste 100, Chicago, IL 60607
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.