IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Case No. 08 C 4 |
| | ) | |
| CITY OF CHICAGO HEIGHTS, | ) | Judge Holderman |
| Chicago Heights Police Officer | ) | |
| MARTINEZ, Star # 136, and | ) | Magistrate Judge Cox |
| UNKNOWN CHICAGO HEIGHTS | ) | |
| POLICE OFFICER, | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

To:   Jon Rosenblatt
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

PLEASE TAKE NOTICE that on the 21st day of February at 9:00 a.m. we shall appear before the Honorable Judge Holderman in Room 2541 and shall then and there present **DEFENDANT'S MOTION TO DISMISS**, a copy of which has been hereby served upon you.

_____
Attorney for Defendants

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone 312.362.0000

### CERTIFICATE OF SERVICE

I, Araceli Villasenor, a non-attorney, do hereby affirm under oath that I served copies of the foregoing documents by electronic filing, to the above-named parties, on this 11th day of February, 2008.

_____
Araceli Villasenor