## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Todd Austin
                              Plaintiff,

v.                                           Case No.: 1:08−cv−00004
                                             Honorable James F. Holderman

City of Chicago Heights, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2008:

    MINUTE entry before Judge James F. Holderman : On defendants' motion to dismiss plaintiff's complaint [18], response due by 3/6/2008; reply due by 4/3/2008. The Court to rule electronically and will set further any dates at the time of ruling. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.