IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINIOS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 04 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| CITY OF CHICAGO HEIGHTS, | ) | Magistrate Judge Cox |
| Chicago Heights Police Officer | ) | |
| MARTINEZ, Star #136, and UNKNOWN | ) | |
| CHICAGO HEIGHTS POLICE OFFICER, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION FOR LEAVE TO FILE THEIR AFFIRMATIVE DEFENSES

Now come the Defendants, CITY OF CHICAGO HEIGHTS, Chicago Heights Police Officer MARTINEZ, Star #136, and UNKNOWN CHICAGO HEIGHTS POLICE OFFICER, by and through their attorneys, GARDINER KOCH & WEISBERG, and in support of their Motion for Leave to File Their Affirmative Defenses, state as follows:

1. Defendants filed their Answer and Motion to Dismiss Plaintiff's Complaint on February 8, 2008.

2. Defendants' Answer did not contain their Affirmative Defenses.

3. Plaintiff has no objections to Defendants' filing of their Affirmative Defenses at this time.

WHEREFORE, Defendants request that this Court grant their Motion for Leave to File Affirmative Defenses and permit the Defendants to file their affirmative defenses forthwith.

Respectfully Submitted,

CITY OF CHICAGO HEIGHTS,
Chicago Heights Police Officer
MARTINEZ,
Star # 136, AND UNKNOWN CHICAGO
HEIGHTS POLICE OFFICER

By: _____
One of their attorneys

Thomas G. Gardiner
Gardiner Koch & Weisberg
53 W. Jackson Blvd. Suite 950
Chicago, IL 60604
312-362-0000
312-362-0440 fax
Atty. No. 29637