IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TODD AUSTIN  ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 4 |
| ) | |
| CITY OF CHICAGO HEIGHTS, ) | Judge Holderman |
| Chicago Heights Police Officer ) | |
| MARTINEZ, Star # 136, and ) | Magistrate Judge Cox |
| UNKNOWN CHICAGO HEIGHTS ) | |
| POLICE OFFICER, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

To: Jon Loevy
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607

PLEASE TAKE NOTICE that on the 20th day of March at 9:00 a.m. we shall appear before the Honorable Judge Holderman in Room 2541 and shall then and there present **DEFENDANT'S MOTION FOR LEAVE TO FILE THEIR AFFIRMATIVE DEFENSES**, a copy which has been hereby served upon you.

_____
Attorney for Defendants

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone 312.362.0000

## CERTIFICATE OF SERVICE

I, Araceli Villasenor, a non-attorney, do hereby affirm under oath that I served copies of the foregoing documents by electronic filing, to the above-named parties, on this 4th day of March, 2008.

_____
/s/ Araceli Villasenor