IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4 |
| | ) | |
| v. | ) | Chief Judge Holderman |
| | ) | |
| CITY OF CHICAGO HEIGHTS, | ) | |
| Chicago Heights Police Officer | ) | |
| Martinez, Star # 136, and UNKNOWN | ) | |
| CHICAGO HEIGHTS POLICE OFFICER, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Tom Gardiner
    Gardiner Koch & Weisberg
    53 West Jackson Boulevard
    Suite 950
    Chicago, IL 60604

Please take notice that on March 13, 2008, at 9:00 a.m. I will appear before Chief Judge Holderman in the court room usually occupied by him at 219 South Dearborn, Chicago, IL and then and there present Plaintiff's attached Motion for Leave to Amend His Complaint.

          /s/ Matthew Jenkins
          Attorneys for Plaintiff

Arthur Loevy
Jon Loevy
Matthew Jenkins
LOEVY & LOEVY
312 N. May Street, Suite 100
Chicago, IL 60607

## CERTIFICATE OF SERVICE

I, Matthew Jenkins, an attorney, certify that on March 7, 2008, I served a copy of the attached Motion to the above-named parties of record by electronic filing.

          /s/ Matthew Jenkins