## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Todd Austin

                    Plaintiff,

v.                                          Case No.: 1:08−cv−00004
                                                    Honorable James F. Holderman

City of Chicago Heights, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Honorable James F. Holderman: Plaintiff Todd Austin's motion for leave to file Corrected Plaintiff's Combined Response to Defendants' Motion to Dismiss and Motion for Leave to Amend His Complaint [24] [25] is granted. Defendants are given until 4/10/2008 to answer or otherwise plead to the amended complaint. Status hearing set for 4/15/2008 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.