IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 4 |
| v. | ) | |
| | ) | Judge Holderman |
| CITY OF CHICAGO HEIGHTS, | ) | |
| Chicago Heights Police Officer | ) | Magistrate Judge Cox |
| Martinez, Star # 136, and UNKNOWN | ) | |
| CHICAGO HEIGHTS POLICE OFFICER, | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**REPORT OF THE PARTIES' PLANNING MEETING PURSUANT TO FRCP 26(F)**

1.     Pursuant to FRCP 26(f), a telephonic meeting was held on March 21, 2008 and was attended by Matthew Jenkins counsel for Plaintiff and Tom Gardiner counsel for Defendants.

2.     The parties will exchange all information required by FRCP 26(a)(1) by **April 4, 2008**.

3.     The parties jointly propose to the court the following discovery plan:

- This case involves the alleged unlawful and unjustified stop of Plaintiff Todd Austin. Plaintiff alleges that in the course of this stop the Defendant Officers used excessive force causing him significant injuries. Plaintiff also alleges that Defendant City of Chicago Heights is liable for its alleged deliberate indifference to certain polices and practices. The parties

anticipate discovery to be sought on these factual and legal issues.

- All discovery will be commenced in time to be completed by **April 2, 2009.**

- The parties plan on adhering to the Federal Rules of Civil Procedure as they pertain to interrogatories, requests for admission, and depositions.

- Reports from retained experts under Rule 26(a)(2) due by **January 15, 2009** from Plaintiff and **March 1, 2009** from Defendants.

- Supplementations under Rule 26(e) will be made as necessary and in accordance with the Rule.

4.  Other Items:

- The parties do not request a conference with the court before entry of the scheduling order.

- The parties request a pretrial conference in **June of 2009.**

- Plaintiff and Defendants should be allowed until **August 1, 2008** to join additional parties and amend the pleadings.

- All potentially dispositive motions should be filed by **April 17, 2009.**

- A settlement demand has been made to Defendants.

However, it seems that settlement is unlikely at this time.

- Final lists of witnesses and exhibits under Rule 26(a)(3) should be due from all parties on **June 18, 2009.**

- Parties should have 14 days after service of final lists of witnesses and exhibits to list objections under Rule 26(a)(3).

- This case should be ready for trial by **July 17, 2009,** and at this time is expected to take approximately three days.


Date: March 21, 2008

                                        RESPECTFULLY SUBMITTED,


                                        /s/ Matthew Jenkins
                                        Attorneys for Plaintiff

LOEVY & LOEVY
312 N. May St.
Suite 100
Chicago, IL 60607
(312) 243-5900


                                        /s/ Thomas Gardiner
                                        Attorney for Defendants

Gardiner, Koch, & Weisberg
53 W. Jackson Blvd.
Suite 950
Chicago, IL 60604
(312) 362-0000