## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TODD AUSTIN,  )<br> )<br>  Plaintiff,  )<br> )<br> v.  )<br> )<br> CITY OF CHICAGO HEIGHTS,  )<br> Chicago Heights Police Officer  )<br> MARTINEZ, Star # 136, and  )<br> Chicago Heights Police Officer  )<br> FRED SERRATO,  )<br> )<br>  Defendants.  ) | Case No. 08 C 4<br><br>Judge Holderman<br><br>Magistrate Judge Cox |

### NOTICE OF MOTION

To:   See Attached Service List

PLEASE TAKE NOTICE that on the 15th day of April at 9:00 a.m. we shall appear before the Honorable Judge Holderman in Room 2541 and shall then and there present **DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT**, a copy which has been hereby served upon you.

                                                __/s/ Thomas Gardiner__
                                                Attorney for Defendants

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, Illinois 60604
Telephone 312.362.0000

### CERTIFICATE OF SERVICE

I, Araceli Villasenor, a non-attorney, do hereby affirm under oath that I served copies of the foregoing documents by electronic filing, to the above-named parties, on this 10th day of April, 2008.

                                                /s/ Araceli Villasenor

## Service List

Amanda C. Antholt
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Arthur R. Loevy
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Jonathan I. Loevy
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Matthew Jenkins
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900