UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Todd Austin
                              Plaintiff,
v.                                              Case No.: 1:08−cv−00004
                                                Honorable James F. Holderman
City of Chicago Heights, et al.
                              Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 15, 2008:

    MINUTE entry before Judge Honorable James F. Holderman: Status hearing held on 4/15/2008. On defendant's motion to dismiss plaintiff's amended complaint [32], reply due by 4/29/2008. The Court to rule electronically and will set date for entry of scheduling order. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.