IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Todd Austin | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) Case No. 08 C 04 |
| | ) |
| CITY OF CHICAGO HEIGHTS, | ) Judge Holderman |
| CHICAGO HEIGHTS POLICE | ) |
| OFFICER MARTINEZ, Star #136, | ) Magistrate Judge Brown |
| and CHICAGO HEIGHTS POLICE | ) |
| OFFICER FRED SERRATO | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE that on the 29th day of April 2008, we caused to be filed electronically with the Clerk of the District Court, Defendants' Reply to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint, a copy of which is hereby served upon you.

_____
Attorney for Defendants

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago IL 60604
Telephone 312.362.0000
Atty # 29637

## CERTIFICATE OF SERVICE

I, _Ana Gombkjan_, a non-attorney, do hereby affirm under oath that service of this Reply to Plaintiff's Response to Defendants' Motion to Dismiss Plaintiff's Amended Complaint was accomplished pursuant to Electronic Case Filing on this 29th day of April, 2008.

_____

## Service List

Amanda C. Antholt
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Arthur R. Loevy
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Jonathan I. Loevy
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Matthew Jenkins
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900