IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Todd Austin | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 08 C 04 |
| | ) | |
| CITY OF CHICAGO HEIGHTS, | ) | Judge Holderman |
| CHICAGO HEIGHTS POLICE | ) | |
| OFFICER MARTINEZ, Star #136, | ) | Magistrate Judge Brown |
| and CHICAGO HEIGHTS POLICE | ) | |
| OFFICER FRED SERRATO | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

To:   See Attached Service List

PLEASE TAKE NOTICE that on the 14th day of May 2008, we caused to be filed electronically with the Clerk of the District Court, Defendants' Agreed Motion for Protective Order, a copy of which is hereby served upon you.

                                                    __/s/ Thomas Gardiner_____
                                                    Attorney for Defendants

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago IL 60604
Telephone 312.362.0000
Atty # 29637

## **CERTIFICATE OF SERVICE**

      I, Ana Gomtsian, a non-attorney, do hereby affirm under oath that service of this Agreed Motion for Protective Order was accomplished pursuant to Electronic Case Filing on this 14th day of May, 2008.

                                                       /s/Ana Gomtsian_____

**Service List**

Amanda C. Antholt
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Arthur R. Loevy
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Jonathan I. Loevy
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900

Matthew Jenkins
Loevy & Loevy
312 North May Street
Suite 100
Chicago, IL 60607
312-243-5900