## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 c 04

TODD AUSTIN
v.
CITY OF CHICAGO HEIGHTS, CHICAGO HEIGHTS
POLICE OFFICER MARTINEZ, Star #136, and CHICAGO
HEIGHTS POLICE OFFICER FRED SERRATO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants

| |
|---|
| NAME (Type or print)<br>Kathryn P. Hopkins |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kathryn P. Hopkins |
| FIRM<br>Gardiner Koch & Weisberg |
| STREET ADDRESS<br>53 W. Jackson Blvd., Suite 950 |
| CITY/STATE/ZIP<br>Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6269381 | TELEPHONE NUMBER<br>312-362-0000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [ ] | NO [✓] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [✓] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [✓] |

| | |
|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [✓]   NO [ ] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]          APPOINTED COUNSEL [ ]