**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 c 04 |
|---|---|

TODD AUSTIN
v.
CITY OF CHICAGO HEIGHTS, CHICAGO HEIGHTS
POLICE OFFICER MARTINEZ, Star #136, and CHICAGO
HEIGHTS POLICE OFFICER FRED SERRATO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants

| NAME (Type or print) |
|---|
| Kenneth M. Battle |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Kenneth M. Battle |

| FIRM |
|---|
| Gardiner Koch & Weisberg |

| STREET ADDRESS |
|---|
| 53 W. Jackson Blvd., Suite 950 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60604 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6269381 | 312-362-0000 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |