IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4 |
| | ) | |
| v. | ) | JUDGE HOLDERMAN |
| | ) | |
| CITY OF CHICAGO HEIGHTS, et al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

MOTION FOR WITHDRAWAL OF COUNSEL IN THE SAME FIRM

NOW COMES Plaintiff, by his attorneys, LOEVY & LOEVY, and moves to withdraw Matthew Jenkins, formerly of Loevy & Loevy, as counsel for Plaintiff.  In support, Plaintiff states as follows:

1.      As of June 3, 2008, Matthew Jenkins has left the firm of Loevy & Loevy.

2.      Other counsel of record from Loevy & Loevy will continue to represent Plaintiff.

3.      Plaintiffs wish to withdraw Mr. Jenkins' appearance pursuant to Local Rule 83.17.

WHEREFORE, Plaintiff, by his attorneys, Loevy & Loevy, respectfully moves to withdraw Matthew Jenkins as counsel for Plaintiff.

RESPECTFULLY SUBMITTED,

/s/ Jon Loevy
Attorney for Plaintiffs

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607
(312) 243-5900