IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4 |
| | ) | |
| v. | ) | JUDGE HOLDERMAN |
| | ) | |
| CITY OF CHICAGO HEIGHTS, et al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   Counsel of Record

      PLEASE TAKE NOTICE THAT on June 26, 2008, at 9:00 a.m., I will appear before Judge Holderman in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Motion.

                                  /S/ Jon Loevy
                                  Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607

CERTIFICATE OF SERVICE

      The undersigned states that on June 3, 2008, I notified counsel of record by electronic means of the attached filing.

                                  /S/ Jon Loevy