IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **Todd Austin** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| | ) | Case No. 08 C 04 |
| | ) | |
| CITY OF CHICAGO HEIGHTS, | ) | Judge Holderman |
| CHICAGO HEIGHTS POLICE | ) | |
| OFFICER MARTINEZ, Star #136, | ) | Magistrate Judge Brown |
| and CHICAGO HEIGHTS POLICE | ) | |
| OFFICER FRED SERRATO | ) | |
| | ) | |
| **Defendants.** | ) | |

### NOTICE OF MOTION

To:   Counsel of Record

PLEASE TAKE NOTICE THAT on June 26, 2008, at 9:00 a.m., I will appear before the Honorable Judge Holderman in Room 2541 at 219 South Dearborn, Chicago, Illinois, and shall then and there present the attached Agreed Motion for Protective Order.

/s/ Thomas Gardiner
Attorney for Defendants

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago IL 60604
Telephone 312.362.0000
Attorney No. 29637

## CERTIFICATE OF SERVICE

I, Araceli Iniguez, a non-attorney, do hereby affirm under oath that service of this Agreed Motion for Protective Order was accomplished pursuant to Electronic Case Filing on this 13th day of June, 2008.

*Araceli Iniguez*