IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TODD AUSTIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 04 |
| ) | |
| CITY OF CHICAGO HEIGHTS, ) | Judge Holderman |
| Chicago Heights Police Officer ) | |
| MARTINEZ, Star # 136, and Chicago ) | Magistrate Judge Cox |
| Heights Police Officer FRED SERRATO, ) | |
| ) | |
| Defendants. ) | |

## AGREED MOTION FOR PROTECTIVE ORDER

NOW COME Defendants, the City of Chicago Heights, Chicago Heights Police Officer Martinez, Star # 136, and Chicago Heights Police Officer Fred Serrato, by and through their attorneys, Gardiner Koch & Weisberg, and file this Agreed Motion for Protective Order pursuant to Federal Rules of Civil Procedure 26. In support of this Motion, the Defendants state as follows.

1. This is a case in which Plaintiff has complained against Defendants City of Chicago Heights, Chicago Heights Police Officer Martinez, Star # 136, and Chicago Heights Police Officer Fred Serrato, alleging deprivation under color of law of his rights as secured by the United States Constitution.

2. Defendants requested from Plaintiff that they enter into a Protective Order regarding Defendants' Personnel and Disciplinary records and other sensitive materials.

3. Plaintiff's counsel have reviewed the proposed Protective Order and have agreed to the use of the Protective Order.

**WHEREFORE**, for the foregoing reasons, Defendants, the City of Chicago Heights, Chicago Heights Police Officer Martinez, Star # 136, and Chicago Heights Police Officer Fred Serrato, respectfully request this Honorable Court to grant this Agreed Motion for Protective Order.

By: /s/ Thomas Gardiner
One of Their Attorneys

Thomas G. Gardiner
GARDINER KOCH & WEISBERG
53 W. Jackson Blvd., Suite 950
Chicago, IL 60604
312-362-0000
Atty. No. 29637