# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James F. Holderman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4 | **DATE** | 6/26/2008 |
| **CASE TITLE** | Todd Austin vs. City of Chicago Heights et al | | |

**DOCKET ENTRY TEXT**

Parties' agreed motion for protective order [47] is granted. ENTER PROTECTIVE ORDER regarding confidential material.

■ [ For further details see text below.]     Notices mailed by Judicial staff.

## STATEMENT

| | Courtroom Deputy Initials: | AMM |
|---|---|---|

Case 1:08-cv-00004 Document 50 Filed 06/26/2008 Page 1 of 1