IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINIOS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 C 04 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | |
| CITY OF CHICAGO HEIGHTS, | ) | Magistrate Judge Cox |
| Chicago Heights Police Officer | ) | |
| MARTINEZ, Star #136, and Chicago | ) | |
| Heights Police Officer FRED SERRATO, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANTS' ANSWER TO COUNTS IV AND VI
### OF PLAINTIFF'S AMENDED  COMPLAINT

NOW COME the DEFENDANTS, CITY OF CHICAGO HEIGHTS, Chicago Heights
Police Officer MARTINEZ, Star #136, and Chicago Heights Police Officer FRED SERRATO,
by and through their attorneys, GARDINER KOCH & WEISBERG, and in answering Counts IV
and VI of Plaintiff's Amended Complaint, state as follows:

### COUNT IV – STATE LAW CLAIM
### ASSAULT AND BATTERY

**28.**    **Each of the foregoing Paragraphs is incorporated as if restated fully herein.**

   **ANSWER:**    Defendants re-incorporate their answers to the allegations of each
   paragraph of Plaintiff's Complaint respectively as its answers to Paragraph 28.

**29.**    **As described in the preceding paragraphs, the conduct of the Defendant Officers
   constituted unjustified and offensive physical contact and/or apprehension of
   immediate bodily harm, undertaken willfully and wantonly, proximately causing
   injury to Plaintiff.**

   **ANSWER:**    Defendants deny that the conduct of the Defendant Officers was as
   described in the preceding paragraphs, and therefore deny the allegations contained in
   Paragraph 29.

30.   The misconduct described in this Count was objectively unreasonable and was undertaken intentionally with malice, willfulness, and reckless indifference to the rights of another.

    **ANSWER:**   Defendants deny that they engaged in any misconduct, deny that any conduct was objectively unreasonable or undertaken intentionally with malice, willfulness, or reckless indifference, and therefore deny the allegations contained in Paragraph 30.

31.   As a result of the offensive contact and/or apprehension of bodily harm, Plaintiff sustained injuries, including, but not limited to physical harm and emotional distress.

    **ANSWER:**   Defendants deny that Plaintiff suffered an offensive contact and/or apprehension of bodily harm, and further deny the allegations contained in Paragraph 31.

32.   The misconduct described in this Count was undertaken by the Defendant Officers within the scope of their employment and under color of law such that their employer, City of Chicago Heights, is liable for their actions.

    **ANSWER:**   Defendants deny that they engaged in misconduct, and therefore deny the allegations contained in Paragraph 32.

<u>**COUNT VI – STATE LAW CLAIM**</u>
<u>**INDEMNIFICATION**</u>

36.   Each of the foregoing Paragraphs is incorporated as if restated fully herein.

    **ANSWER:**   Defendants re-incorporate their answers to the allegations of each paragraph of Plaintiff's Complaint respectively as its answers to Paragraph 36.

37.   Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment.

    **ANSWER:**   Defendants admit that the Illinois law directs public entities to indemnify employees for any tort judgment of compensatory damages for which employees are liable within the scope of their employment.

38.    **The Defendant Officers are or were employees of the Chicago Heights Police Department, who acted within the scope of their employment in committing the misconduct described herein.**

ANSWER:    Defendants admit that the Defendant Officers are or were employees of the Chicago Heights Police Department on September 17, 2007, but deny that they engaged in misconduct and therefore deny all further allegations contained within Paragraph 38.

WHEREFORE, Defendants respectfully request that this Honorable Court award Judgment in its favor, together with all costs and allowable attorney fees, as well as such additional relief as determined by the Court.

Respectfully submitted,

**CITY OF CHICAGO HEIGHTS,
Chicago Heights Police Officer MARTINEZ,
Star # 136, and Chicago Heights Police Officer
FRED SERRATO**

By:   /s/ Thomas Gardiner
                One of their attorneys

Thomas G. Gardiner
Kathryn Perry Hopkins
Gardiner Koch & Weisberg
53 W. Jackson Blvd. Suite 950
Chicago, IL 60604
312-362-0000
312-362-0440 fax
Atty. No. 29637