UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Todd Austin

                        Plaintiff,

v.                                                    Case No.: 1:08–cv–00004
                                                   Honorable James F. Holderman

City of Chicago Heights, et al.

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

      MINUTE entry before the Honorable James F. Holderman: Status hearing held on 7/10/2008. Plaintiff shall comply with FRCP(26)(a)(2) by 1/15/2009. Defendant shall comply with FRCP(26)(a)(2) by 4/2/2009. Discovery ordered closed by 4/2/2009. Parties are to meet with Magistrate Judge Cox for settlement conference at the end of discovery. This case will be referred to Magistrate Judge Cox for settlement conference and discovery disputes. Dispositive motions with supporting memoranda due by 4/17/2009; responses due by 5/8/2009. Replies due by 5/22/2009. Final Pretrial Order due by 7/10/2009. Motions in limine with supporting memoranda due by 7/10/2009; responses due by 7/17/2009. Final Pretrial Conference set for 7/23/2009 at 3:00 PM. Jury Trial set for 8/31/2009 at 9:00 AM. Mailed notice (am)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.