**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Todd Austin

                       Plaintiff,

v.                                                  Case No.: 1:08−cv−00004
                                                   Honorable James F. Holderman

City of Chicago Heights, et al.

                       Defendant.


**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**


     Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Susan E. Cox for the purpose of holding proceedings related to: discovery disputes and settlement conference. (am) Mailed notice.


Dated: July 10, 2008

                                                                             /s/ James F. Holderman

                                                                           United States District Judge