IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4 |
| | ) | |
| v. | ) | JUDGE HOLDERMAN |
| | ) | |
| CITY OF CHICAGO HEIGHTS, et al., | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

### UNOPPOSED MOTION FOR WITHDRAWAL OF COUNSEL

NOW COMES Plaintiff, by his attorneys, LOEVY & LOEVY, and moves to withdraw Amanda Antholt, formerly of Loevy & Loevy, as counsel for Plaintiff. In support, Plaintiff states as follows:

1. On August 4, 2008, Amanda Antholt will be leaving the firm of Loevy & Loevy.

2. Other counsel of record from Loevy & Loevy will continue to represent Plaintiff.

3. Plaintiff wishes to withdraw Ms. Antholt's appearance pursuant to Local Rule 83.17.

4. Plaintiff's counsel has contacted Defendants' counsel regarding this matter and Defendants have no objection to this motion.

WHEREFORE, Plaintiff, by his attorneys, Loevy & Loevy, respectfully moves to withdraw Amanda Antholt as counsel for Plaintiff.

RESPECTFULLY SUBMITTED,

/s/ Jon Loevy
Attorney for Plaintiffs

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607
(312) 243-5900