IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODO AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 08 C 4 |
| v. | ) | |
| | ) | Judge Holderman |
| CITY OF CHICAGO HEIGHTS, et al., | ) | |
| | ) | |
| | ) | |
| | ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:**

Counsel of Record

PLEASE TAKE NOTICE THAT on August 18, 2008, at 9:00 a.m., I will appear before Judge Holderman in the courtroom usually occupied by him at 219 South Dearborn, Chicago, Illinois, and then and there present the attached Unopposed Motion for Withdrawal of Counsel.

S/Jon Loevy

_____

Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607

## CERTIFICATE OF SERVICE

The undersigned states that on August 6, 2008, I notified counsel of record by electronic means of the attached filing.

S/Jon Loevy

_____