# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                         Case Number: 08 c 4

TODD AUSTIN,
       Plaintiff,
       v.
CITY OF CHICAGO HEIGHTS et al.,
       Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Todd Austin, Plaintiff

| | |
|---|---|
| **NAME** (Type or print) <br> Samantha Liskow | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Samantha Liskow | |
| **FIRM** <br> Loevy & Loevy | |
| **STREET ADDRESS** <br> 312 North May St., Ste 100 | |
| **CITY/STATE/ZIP** <br> Chicago, IL 60607 | |
| **ID NUMBER** (SEE ITEM 3 IN INSTRUCTIONS) <br> 6286733 | **TELEPHONE NUMBER** <br> 312-243-5900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☐   NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |