IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| TODD AUSTIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 08 C 4 |
| v. ) | |
| ) | Judge Holderman |
| CITY OF CHICAGO HEIGHTS, ) | |
| Chicago Heights Police Officer ) | Magistrate Judge Cox |
| Martinez, Star # 136, and Chicago Heights Police ) | |
| Officer Fred Serrato, ) | |
| ) | JURY TRIAL DEMANDED |
| Defendants. ) | |

## INITIAL STATUS REPORT

1. Plaintiff brings claims under 42 U.S.C. Section 1983 for violations of his Fourth Amendment rights. Plaintiff alleges that he was unlawfully stopped by the Defendant police officers without lawful justification. Plaintiff alleges that in the course of this stop the Defendant Officers used excessive force, causing him significant injuries, including a broken jaw. Plaintiff also alleges that Defendant City of Chicago Heights is liable for its alleged deliberate indifference to certain polices and practices. Defendants deny these claims. A copy of the Amended Complaint and Answer are attached hereto.

2. Plaintiff seeks compensatory damages for physical injuries and emotional distress, as well as punitive damages against the individual defendants, in amounts to be determined by a jury of his peers.

3. This matter has been referred for proceedings relating to any discovery disputes and for a settlement conference. A settlement conference has been scheduled for April 8, 2009 at 1:30 p.m.

4.  There is currently one motion pending, Plaintiff's Unopposed Motion for Withdrawal of Counsel for Amanda Antholt.

5.  The parties do not consent to trial before the magistrate judge.

6.  Pursuant to this Court's standing order, Plaintiff made a written settlement demand upon Defendants on August 1, 2008 and Defendants responded in writing on August 7, 2008.

RESPECTFULLY SUBMITTED,

/s/ Samantha Liskow
One of the Attorneys for Plaintiff

LOEVY & LOEVY
312 N. May St.
Suite 100
Chicago, IL 60607
(312) 243-5900

/s/   Thomas G. Gardiner
One of the Attorneys for Defendants

GARDINER KOCH & WEISBERG
53 W. Jackson Blvd.
Suite 950
Chicago, IL 60604
(312) 362-0000