IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| TODD AUSTIN, | ) | |
| | ) | |
| Plaintiff, | ) | 08 C 4 |
| | ) | |
| v. | ) | Judge Holderman |
| | ) | Magistrate Judge Cox |
| CITY OF CHICAGO HEIGHTS, | ) | |
| Chicago Heights Police Officers Martinez, | ) | |
| Star #136, and Chicago Heights Police Officer | ) | |
| Fred Serrato | ) | |
| | ) | |
| Defendants. | ) | JURY TRIAL DEMANDED |

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

    I, Samantha Liskow, an attorney, state that on August 11, 2008 I filed the Initial Status Report and sent copies of the Report and of this notice to counsel of record via CM/ECF.

/S/ Samantha Liskow
Attorney for Plaintiff

LOEVY & LOEVY
312 North May
Suite 100
Chicago, IL 60607