**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Todd Austin
                            Plaintiff,

v.                                                         Case No.: 1:08−cv−00004
                                                          Honorable James F. Holderman

City of Chicago Heights, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable James F. Holderman dated 8/13/08:Plaintiffs' motion to withdraw as attorney [58] noticed for hearing for 8/18/08 is reset to 8/19/08 at 9:00 a.m. Judge Holderman only hears motions on Tuesdays and Thursdays.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.