**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Todd Austin

                      Plaintiff,

v.                                      Case No.: 1:08−cv−00004
                                             Honorable James F. Holderman

City of Chicago Heights, et al.

                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Susan E. Cox: Status hearing held 8/15/08. The Court was advised regarding the status of discovery. The parties were encouraged to meet and confer in person before the filing of discovery motions and advised to bring any issue that they are unable to resolve to the Court's attention promptly. Status hearing set for 1/20/09 at 9:30 a.m. Mailed notice(vkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.