UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Todd Austin
                                      Plaintiff,

v.                                             Case No.: 1:08−cv−00004
                                                        Honorable James F. Holderman

City of Chicago Heights, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 19, 2008:

      MINUTE entry before the Honorable James F. Holderman:Motion hearing held on 8/19/08. Plaintiff's unopposed Motion (Doc. No. 58) to withdraw Amanda Antholt as attorney [58] is granted. Motion terminated. Attorney Amanda C Antholt terminated. Other counsel of record from Loevy & Loevy will continue to represent plaintiff. The previously set scheduling order to remain in effect.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.